**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ROBERT POOLER (#234804)**                                  **CIVIL ACTION**

**VERSUS**

**BURL CAIN, WARDEN, ET AL.**                                **NO. 08-0442-RET-CN**

**O R D E R**

Considering the defendants' Motion to Stay Discovery pursuant to <u>Schultea v. Wood</u>, 47 F.3d 1427, 1432 (5th Cir. 1995), rec.doc.no. 17,

**IT IS ORDERED** that the defendants' motion is **GRANTED**, and discovery is hereby **STAYED** in this proceeding pending resolution of the defendants' assertion of the defense of qualified immunity.

Signed in chambers in Baton Rouge, Louisiana, November 14, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**