UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT POOLER (#234804)

VERSUS

BURL CAIN, WARDEN, ET AL

CIVIL ACTION

NO. 08-442-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 4, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint will be dismissed, without prejudice, for failure to pay the court's filing fee.

Baton Rouge, Louisiana, June 8, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA